PHILIP MAZZIOTTA, an Infant, by ROSE J. MAZZIOTTA, His Guardian ad Litem, and JOHN MAZZIOTTA, Appellants, v. EPPENS, SMITH COMPANY, Respondent. — Whether defendant is guilty of negligence or infant plaintiff guilty of contributory negligence were questions for the jury. Judgment reversed and a new trial ordered, with costs to appellants to abide the event. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL MAGAS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JULIA MENDOZA, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DAVID FISHER and ISIDORE AXELROD, Copartners, etc., Appellants, v. UNITED STATES CASUALTY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IDA LEVINE, as Trustee, Appellant, v. PARK SIXTH AVENUE CORPORATION and Others, Defendants, Impleaded with EAGLE INDEMNITY COMPANY, Respondent. — Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to reply within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

RICHARD D. WYCKOFF and Others, Appellants, v. TICKER PUBLISHING COMPANY, a Domestic Corporation, Respondent.— Orders so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

LAWYERS TITLE AND GUARANTY CORPORATION, Respondent, v. SUNJACK CONSTRUCTION COMPANY, INC., Appellant, Impleaded with Others. ANDREW H. O'BRIEN, Receiver, Respondent.— Order affirmed, with twenty dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

COLFAX TRADING CORPORATION, Appellant, v. JULES CATSIFF, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MARCY FINKELSTEIN and DAVID JACOBS, Copartners, etc., Appellants, v. CHARLES B. BENTZ and HOLLOWAY BENTZ ELECTRICAL CORPORATION, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

GLOBE INDUSTRIAL LOAN CORPORATION, Appellant, v. WM. H. RANKIN COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Sherman and Townley, JJ.